OPINION — AG — IN THE ABSENCE OF A STATUTE PRESCRIBING THE METHOD OF AFFIXING A SIGNATURE AN AUTOMATIC, ELECTRIC PEN AND INK RE WRITE MACHINE WHICH PRODUCES TRUE REPRODUCTION OF AN ORIGINAL SIGNATURE APPEARS TO BE ONE KIND OF INSTRUMENT WITH WHICH THE GOVERNOR COULD VALIDLY AFFIX HIS SIGNATURE TO DOCUMENTS WHEN DONE WITH THE INTENTION OF SIGNING THEM AND THE SAME WOULD CONSTITUTE A LEGALLY SUFFICIENT SIGNATURE. CITE: 62 O.S. 1961 601 [62-601](C) (PENN LERBLANCE)